**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                                4:03CR00203-008 SWW

CHRISTIAN VIZCARRA

## ORDER

It appears that the motion for disclosure filed by defendant on November 28, 2003, and the motion in limine filed by the government on March 26, 2004, in this matter should be, and they are, hereby denied at this time. The parties may refile such motions at a later date, if necessary.

IT IS SO ORDERED this 14th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE